IN THE
9TH CIRCUIT COURT
AT ANCHORAGE FOR COMMON LAW



APR 02 2021

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

NOTICE OF INTENT TO FILE SUIT/LEIN

PETITIONER: Eclips:Luna SM C

v.  CaseNo. 3:21-cv-_____

DEFENDANT(S): ADORFO GUZMAN, CASE MOHR, EDITH GRUNWALD, S. CHEROT, JASON WILSON, S. POSSENTI, STEVE MEYER, L. TUPOU, JIMMIE CHYNOWETH, S. LOVE, SAVA NEVZEROFF, R. HALL, E. HOUSER, JULIA LOWE, APD, B. WADE, P. MARTIN, S. OLSON, DAN TRAXINGER, KYLE THOMPSON, ERIN GETTE-SHIELDS, SARAH ANGOL, RANDY FLOWERDEW, SYDNEY HAVENS, RICHARD SHERIN, GLORIA HOLTHAUS, REID LOGAN, JOHN DOE, JANE DOE, D. KITTER, D. MOZALEVSKIY, C. HALLEY

CAUSE OF ACTION: ILLEGAL DETENTION THAT VIOLATES HUMAN AND CIVIL RIGHTS OF PETITIONER CAUSES PETITIONER TO BE FORCEFULLY REMOVED FROM HOME, LIBERTIES, EVERYDAY LIFESTYLE, FAMILY AND NEEDS THAT ARE ATTEACHED TO ANY "FREE MAN/WOMEN IN SUI JURIS-COMMON LAW.

ALL DEFENDANTS RESPONSIBLE IN THEIR PERSONAL CAPACITY. All4One-One4All

RELIEF: 455 x $1.8 million
JURY TRIAL DEMANDED.
DATE: March 31, 2K21

SuiJuris-Eclips:Luna SM©
Petitioner/Principle
Authorized Representative
Without Recourse  TM
All Rights Reserved  ©
UCC1-207/1-308/3-402

FIRST-CLASS MAIL
NEOPOST
04/01/2021
US POSTAGE $000.50
ZIP 99654
041M11450739

Eclips:Luna-Sui Juris-Flesh<Blood[281016]
Goose Creek Correctional
22301 West Alsop Road
Wasilla, Alaska [99623]
EXEMPT FROM EMPLOYMENT

U.S District Court
c/o Jennifer Gamble
222 West 7th, Avenue,³
Anchorage, Alaska 99501